**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**GO HOME, LTD.,**

        **Plaintiff,**　　　　　　　　　　　　　　**ORDER**

  **- against -**　　　　　　　　　　　　　　　　　　**18-cv-04358 (NG) (ST)**

**INFINITE HARMONY, INC.,**

        **Defendant.**
------------------------------------------------------------x
**GERSHON, United States District Judge:**

      In a *sua sponte* Report and Recommendation ("R&R") dated September 17, 2020, Magistrate Judge Steven L. Tiscione recommended dismissal of this action with prejudice for plaintiff's failure to prosecute. No objections having been filed, the court has reviewed the R&R for plain error, and finds none. Judge Tiscione's R&R is adopted in its entirety. The Clerk of Court is directed to close this case.

                                                     **SO ORDERED**.

                                                     _/s/_____
                                                     **NINA GERSHON**
                                                     **United States District Judge**

**May 6, 2021**
**Brooklyn, New York**